

## MEMORANDUM

November 25, 2014

**TO:**        File (1:14-cv-03608-SCJ)

**FROM:**    Anniva Renick, Deputy Clerk, Intake

**SUBJECT:**    **Delivery of Documents to FEDEX**

---

A request for International Service of Process, pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(2)(C)(ii), was received on November 21, 2014, from Attorney Ruja R. Patel, Attorney for Plaintiff, in Case Number 1:14-cv-03608-SCJ.  Pursuant to the request, on November 21, 2014, at 4:52.p.m., I delivered one Service of Process package to FEDEX. The package was addressed as follows:

    886286926789
    Aten International Co., LTD
    3F, 125 Ta Tung Road Section 2
    New Taipei City 2218,
    TW

    (FEDEX Tracking No. 7719 3768 9141)

In accordance with the request, payment arrangements were made on November 21, 2014, by Ruja R. Patel of the law firm of Troutman Sanders, LLP.

The request and information identifying the package are attached.


_____
Anniva Renick

_November 25, 2014_
Date

PUJA R. PATEL
404.885.3838 telephone
404.962.6745 facsimile
puja.patel@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia  30308-2216
404.885.3000 telephone
troutmansanders.com

November 21, 2014

**VIA HAND DELIVERY**

Clerk of Court
ATTN:  Anniva Rennick
U.S.D.C., Northern District of Georgia
Richard B. Russell Federal Building and Courthouse
2211 U.S. Courthouse
75 Spring Street
Atlanta, Georgia 30303

      **Re:**   *Tridia Corporation v. Aten Technology, Inc. and Aten International Co., Ltd.*
               *U.S.D.C., Northern District of Georgia, Civil Action File No. 1:14-cv-03608-SCJ*

Dear Clerk:

We write to request service upon a foreign corporation as set forth in Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii). In accordance with these rules, the Clerk of Court can effectuate service upon a foreign corporation by "using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt," which the Courts have interpreted to include delivery services such as FedEx.

To that end, we have enclosed a package for service which includes the following documents: (1) Summons to Aten International Co., Ltd, 3F 125, Ta Tung Road, Section 2, 22183 New Taipei City 22183, TAIWAN, (2) Complaint for Patent Infringement, and (3) Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement in the above referenced case. These documents are on the docket for the above-referenced case.

Please serve this package using the prepaid Federal Express package and complete service on this date. We greatly appreciate your assistance with this service. Please do not hesitate to contact me with any questions.

Sincerely,

Puja R. Patel

PRP:psk
Enclosures
cc:    Douglas D. Salyers, Esq.

earthsmart
FedEx carbon-neutral
envelope shipping

**FedEx.**

Express

Page 1 of 7

From: (404) 885-3191          Origin ID: QFEA     **FedEx**
Puja R. Patel                                   Express
Troutman Sanders LLP
600 Peachtree ST NE
Suite 5200
Atlanta, GA 30308
UNITED STATES



Ship Date: 21NOV14
ActWgt: 0.5 LB
CAD: 8465812/INET3550

REF: Client
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Puja R. Patel
EIN/VAT:
PKG TYPE: ENV

SHIP TO: 886286926789     BILL SENDER

**Aten International Co., LTD**
**3F, 125 Ta Tung Road Section 2**

**New Taipei City 2218,**
TW

Aten International Co., Ltd.
(宏正自動科技股份有限公司 )
Address: 台灣新北市汐止區大同路二段125號3樓
(郵遞區號: 22183)



TRK# 7719 3768 9141
0430

INTL PRIORITY

-TW

These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment.  Subject to the conditions of the contract.
CONSIGNEE COPY- PLEASE PLACE IN FRONT OF POUCH



522G1/61/6C/6AC9

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with
the cancellation of your FedEx account number.
LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you"
and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package"
means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill.
AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay or damage to your shipment. The Warsaw
Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to \$9.07 per pound (20\$ per kilogram), unless a higher value for carriage is declared below and you pay any applicable fee...

Extremely Urgent

**Helping the environment.**

When you use envelopes that are part of our FedEx carbon-neutral envelope shipping program, you're helping support sustainable projects like wind farms and reforestation. Our investments in these projects help neutralize the carbon emitted when shipping, all at no extra cost to you. Now that's a breath of fresh air.

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this envelope.

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2013 FedEx 158011 REV 9/13



**earth**smart
FedEx carbon-neutral
envelope shipping

Aten International Co., Ltd.
(宏正自動科技股份有限公司 )
Address: 台灣新北市汐止區大同路二段125號3樓
(郵遞區號: 22183)