AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2014, I electronically filed an *Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the all attorneys of record.

>
> s/ *James E. Schutz*
> James E. Schutz, Esq.
> Georgia Bar No. 630172
> Attorney for Tridia Corporation
> Troutman Sanders LLP
> 600 Peachtree Street, NE, Suite 5200
> Atlanta, Georgia 30308-2216
> Telephone: (404) 885-3000
> Facsimile:  (404) 962-6676
> Email: james.schutz@troutmansanders.com