IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,            ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.                                         ) | Civil Action File No.: |
| ) | 1:14-cv-03608-SCJ |
| ATEN TECHNOLOGY, INC. and  ) | |
| ATEN INTERNATIONAL CO., LTD., ) | |
| ) | |
| Defendants.     ) | |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff Tridia Corporation ("Tridia"), by and through undersigned counsel, hereby files this Notice of Filing Proof of Service.  On November 21, 2014, pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii), Tridia requested the Clerk of Court for the Northern District of Georgia to effectuate service upon Aten International Co. Ltd. ("Aten International").  A copy of correspondence from Tridia to the Clerk of Court requesting service is attached hereto as Exhibit A.  On November 24, 2014, the resulting service was completed by FedEx delivery.  *See* Exhibit B.

Dated: December 3, 2014.

        Respectfully submitted,

        TROUTMAN SANDERS LLP

        By: <u>s/ *Puja R. Patel*</u>
            Douglas D. Salyers
            Georgia Bar No. 623425
            James E. Schutz
            Georgia Bar No. 630172
            Puja R. Patel
            Georgia Bar No. 320796
            600 Peachtree Street, NE, Suite 5200
            Atlanta, Georgia 30308-2216
            Phone:  (404) 885-3000
            Fax:  (404) 962-6745
            doug.salyers@troutmansanders.com
            james.schutz@troutmansanders.com
            puja.patel@troutmansanders.com

            *Attorneys for Plaintiff*
            *Tridia Corporation*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman, 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

s/ *Puja R. Patel*
Puja R. Patel

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2014, I electronically filed a *Notice of Filing Proof of Service* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

                                        s/ *Puja R. Patel*
                                        Puja R. Patel