# EXHIBIT A

PUJA R. PATEL
404.885.3838 telephone
404.962.6745 facsimile
puja.patel@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia  30308-2216
404.885.3000 telephone
troutmansanders.com

November 21, 2014

**VIA HAND DELIVERY**

Clerk of Court
ATTN:  Anniva Rennick
U.S.D.C., Northern District of Georgia
Richard B. Russell Federal Building and Courthouse
2211 U.S. Courthouse
75 Spring Street
Atlanta, Georgia 30303

> **Re:**   *Tridia Corporation v. Aten Technology, Inc. and Aten International Co., Ltd.*
> U.S.D.C., Northern District of Georgia, Civil Action File No. 1:14-cv-03608-SCJ

Dear Clerk:

We write to request service upon a foreign corporation as set forth in Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii).  In accordance with these rules, the Clerk of Court can effectuate service upon a foreign corporation by "using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt," which the Courts have interpreted to include delivery services such as FedEx.

To that end, we have enclosed a package for service which includes the following documents:  (1) Summons to Aten International Co., Ltd, 3F 125, Ta Tung Road, Section 2, 22183 New Taipei City 22183, TAIWAN, (2) Complaint for Patent Infringement, and (3) Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement in the above referenced case.  These documents are on the docket for the above-referenced case.

Please serve this package using the prepaid Federal Express package and complete service on this date.  We greatly appreciate your assistance with this service.  Please do not hesitate to contact me with any questions.

Sincerely,

Puja R. Patel

PRP:psk
Enclosures
cc:    Douglas D. Salyers, Esq.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | |
|---|---|
| Tridia Corporation | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Aten Technology, Inc. and | ) |
| Aten International Co., Ltd. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

1:14-cv-3608

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     ATEN INTERNATIONAL CO., LTD
3F, 125, Ta Tung Road, Section 2
22183 New Taipei City 22183
Taiwan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas D. Salyers, Esq.
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    11/10/2014                                   s/Anniva Renick
                                              *Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

     Plaintiff,

     v.

ATEN TECHNOLOGY, INC. and
ATEN INTERNATIONAL CO., LTD.,

     Defendants.

CIVIL ACTION NO.

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Tridia Corporation ("Tridia") files this Complaint for Patent Infringement against Defendants Aten Technology, Inc. and Aten International Co., Ltd. (collectively "Defendants" or "Aten"), and alleges as follows:

### Nature of Action

1.     This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code, seeking monetary damages and other relief against Aten due to its infringement of Tridia's United States Patent No. RE38,598 ("the '598 Patent").

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

     Plaintiff,

     v.

ATEN TECHNOLOGY, INC and
ATEN INTERNATIONAL CO., LTD.,

     Defendant.

CIVIL ACTION NO.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, the undersigned Counsel of Record for Plaintiff Tridia Corporation ("Plaintiff") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all plaintiffs, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of plaintiffs:

Plaintiff:    Tridia Corporation

**FedEx.**                    Shipment Receipt

**Address Information**

| **Ship to:** | **Ship from:** |
|---|---|
| Select or enter | Puja R. Patel |
| Aten International Co., LTD | Troutman Sanders LLP |
| 3F, 125 Ta Tung Road Section 2 | 600 Peachtree ST NE |
| | Suite 5200 |
| New Taipei City 22183, | Atlanta, GA |
| | 30308 |
| TW | US |
| 886-2-8692-6789 | 4048853191 |

**Shipment Information:**
Tracking no.: 771937689141
Ship date: 11/21/2014
Estimated shipping charges: 17.66

**Package Information**
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 1.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: Atlanta-428
Bill duties/taxes/fees to: Atlanta-428
Your reference:  Client
P.O. no.: 036500.000009
Invoice no.:
Department no.: 0416

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                    11/20/2014

From: (404) 885-3191
Puja R. Patel
Troutman Sanders LLP
600 Peachtree ST NE
Suite 5200
Atlanta, GA 30388
UNITED STATES

Origin ID: QFEA

**FedEx** Express

Ship Date: 21NOV14
ActWgt: 0.5 LB
CAD: 8465812/INET3550

REF: Client
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Puja R. Patel
EINVAT:
PKG TYPE: ENV

Aten International Co., Ltd.
(宏正自動科技股份有限公司 )
Address: 台灣新北市汐止區大同路二段125號3樓
(郵遞區號: 22183)

SHIP TO: 886286926789          BILL SENDER

Aten International Co., LTD
3F, 125 Ta Tung Road Section 2

New Taipei City 2218,
TW



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and wel govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.
CONSIGNEE COPY- PLEASE PLACE IN FRONT OF POUCH

TRK# [0430] **7719 3768 9141**

INTL PRIORITY

-TW



522G1616C8AC9

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the Contract limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.