# EXHIBIT B

**FedEx.**          Shipment Receipt

## Address Information

| Ship to: | Ship from: |
|---|---|
| Select or enter | Puja R. Patel |
| Aten International Co., LTD | Troutman Sanders LLP |
| 3F, 125 Ta Tung Road Section 2 | 600 Peachtree ST NE |
| | Suite 5200 |
| New Taipei City 22183, | Atlanta, GA |
| | 30308 |
| TW | US |
| 886-2-8692-6789 | 4048853191 |

## Shipment Information:
Tracking no.: 771937689141
Ship date: 11/21/2014
Estimated shipping charges: 17.66

## Package Information
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 1.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:
Bill transportation to: Atlanta-428
Bill duties/taxes/fees to: Atlanta-428
Your reference: Client
P.O. no.: 036500.000009
Invoice no.:
Department no.: 0416

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

From: (404) 885-3191
Puja R. Patel
Troutman Sanders LLP
600 Peachtree ST NE
Suite 5200
Atlanta, GA 30308
UNITED STATES

Origin ID: QFEA



Ship Date: 21NOV14
ActWgt: 0.5 LB
CAD: 8465012/INET3550

REF: Client
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD
SIGN: Puja R. Patel
EINVAT:
PKG TYPE: ENV

Aten International Co., Ltd.
(宏正自動科技股份有限公司 )
Address: 台灣新北市汐止區大同路二段125號3樓
(郵遞區號: 22183)

SHIP TO: 886286926789          BILL SENDER

Aten International Co., LTD
3F, 125 Ta Tung Road Section 2

New Taipei City 2218,
TW

TRK# 7719 3768 9141
0430

INTL PRIORITY

-TW



These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH

522G1/616C/6AC9

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with
the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



December 2,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **771937689141**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | R.LIN | Delivery location: | NEW TAIPEI CITY 22183 |
| | | | |
| Service type: | FedEx International Priority | Delivery date: | Nov 24, 2014 16:40 |
| Special Handling: | Deliver Weekday | | |
| | | | |
| | Airbill Automation | | |

Signature images are not available for display for shipments to this country.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 771937689141 | Ship date: | Nov 21, 2014 |
| | | Weight: | 0.9 lbs/0.4 kg |

Recipient:
NEW TAIPEI CITY 22183 TW

Shipper:
PUJA R. PATEL
TROUTMAN SANDERS LLP
600 PEACHTREE ST NE
SUITE 5200
ATLANTA, GA 30308 US

Additional recipient and address information is not available for display for shipments to this country.

Reference
Purchase order number:
Department number

Client
036500.000009
0416

Thank you for choosing FedEx.

Track your package or shipment with FedEX Tracking

## FedEx Tracking

### 771937689141

Ship (P/U) date
Fri 11/21/2014 4:49 pm

TROUTMAN SANDERS LLP

SUITE 5200
600 PEACHTREE ST NE
ATLANTA, GA US 30308
404 885-3191

**Delivered**

*Signed for by* R LIN

Actual delivery :
Mon 11/24/2014 4:40 pm

NEW TAIPEI CITY 22183 TW
88 628 692-6789

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| — 11/24/2014 - Monday | | NEW TAIPEI CITY 22183 TW |
| 4:40 pm | Delivered | TAIPEI CITY TW |
| 9:31 am | On FedEx vehicle for delivery | TAIPEI CITY TW |
| 8:38 am | At local FedEx facility | |
| — 11/23/2014 - Sunday | | TA YUAN HSIANG TW |
| 8:55 pm | In transit | TA YUAN HSIANG TW |
| 8:35 pm | International shipment release - Import | TA YUAN HSIANG TW |
| 8:35 pm | In transit | |
| | Package available for clearance | TA YUAN HSIANG TW |
| 3:17 pm | At destination sort facility | |
| — 11/22/2014 - Saturday | | ANCHORAGE, AK |
| 11:57 am | Departed FedEx location | MEMPHIS TN |
| 1:36 am | In transit | MEMPHIS, TN |
| 12:09 am | Arrived at FedEx location | |
| — 11/21/2014 - Friday | | ATLANTA, GA |
| 9:45 pm | Left FedEx origin facility | ATLANTA, GA |
| 4:49 pm | Picked up | |
| — 11/20/2014 - Thursday | | |
| 3:32 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 771937689141 | Service | FedEx International Priority |
| Weight | 0.9 lbs / 0.41 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.9 lbs / 0.41 kgs | Terms | Shipper |
| Purchase order number | 036500.000009 | Shipper reference | 0416 |
| Shipper reference | Client | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Airbill Automation | Commodity Information section | US, LEGAL DOCUMENTS |