# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION, | |
| *Plaintiff*, | CIVIL ACTION NO. |
| v. | 1:14-CV-3608-SCJ |
| ATEN TECHNOLOGY, INC. and ATEN INTERNATIONAL CO., LTD., | |
| *Defendants*. | |

## NOTICE OF APPEARANCE OF THAD C. KODISH
## AS COUNSEL FOR ATEN TECHNOLOGY, INC. AND
## ATEN INTERNATIONAL CO., LTD.

Pursuant to Local Rule 83.1(D), the undersigned hereby appears as counsel for Defendants ATEN Technology, Inc. and ATEN International Co., Ltd., in the above-captioned pleading. The undersigned requests notice of all hearings and other proceedings in this action and service of all orders, pleadings, and other papers.

[SIGNATURE ON FOLLOWING PAGE]

1

Respectfully submitted this 17th day of December, 2014.

/s/Thad C. Kodish
Thad C. Kodish
Georgia Bar No. 427603
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Ph:  404-892-5005
Fax:  404-892-5002
tkodish@fr.com

**ATTORNEYS FOR DEFENDANT**
**ATEN TECHNOLOGY, INC. AND**
**ATEN INTERNATIONAL CO., LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing

Notice of Appearance with the Clerk of Court using the CM/ECF Systems, which

will automatically send email notification of such filing to all attorneys of record.

This 17th day of December, 2014.

/s/Thad C. Kodish
Thad C. Kodish