IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>           *Plaintiff*,<br><br>     v.<br><br>ATEN TECHNOLOGY, INC. and<br>ATEN INTERNATIONAL CO., LTD.,<br><br>           *Defendants*. | CIVIL ACTION NO.<br><br>1:14-CV-3608-SCJ |

**JOINT STIPULATION EXTENDING TIME TO ANSWER
<u>PLAINTIFF TRIDIA CORPORATION'S COMPLAINT</u>**

NOW COMES Plaintiff Tridia Corporation ("Tridia") and Defendants ATEN Technology, Inc. and ATEN International Co., Ltd. (collectively "ATEN"), parties in the above-styled action, and hereby stipulate and agree that the deadline for ATEN to answer, move, or otherwise respond to Tridia's Complaint is extended until January 30, 2015.  Notwithstanding this stipulation, ATEN expressly reserves all objections, including without limitation, insufficient service of process, lack of personal jurisdiction, and/or lack of subject matter jurisdiction.

Respectfully submitted this 17th day of December, 2014.

1

| | |
|---|---|
| */s/ Puja R. Patel* | */s/Thad C. Kodish* |
| Douglas D. Salyers | Thad C. Kodish |
| Georgia Bar No. 623425 | Georgia Bar No. 427603 |
| Puja R. Patel | FISH & RICHARDSON P.C. |
| Georgia Bar No. 320796 | 1180 Peachtree Street, N.E., |
| TROUTMAN SANDERS LLP | 21st Floor |
| Bank of America Plaza | Atlanta, GA 30309 |
| 600 Peachtree Street NE, Suite 5200 | Ph:  404-892-5005 |
| Atlanta, GA 30308-2216 | Fax:  404-892-5002 |
| Tel: 404.885.3208 | tkodish@fr.com |
| Fax: 404.885.3900 | |
| doug.salyers@troutmansanders.com | **ATTORNEYS FOR DEFENDANT** |
| puja.patel@troutmansanders.com | **ATEN TECHNOLOGY, INC. AND ATEN INTERNATIONAL CO., LTD.** |
| **ATTORNEYS FOR PLAINTIFF** | |
| **TRIDIA CORPORATION** | |

## CERTIFICATE OF COMPLIANCE

I certify that this pleading was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

                                               */s/ Thad C. Kodish*