IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>        *Plaintiff*,<br><br>  v.<br><br>ATEN TECHNOLOGY, INC. and<br>ATEN INTERNATIONAL CO., LTD.,<br><br>        *Defendants*. | CIVIL ACTION NO.<br><br>1:14-CV-3608-SCJ |

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation Extending Time to Answer filed by Plaintiff Tridia Corporation ("Tridia") and Defendants ATEN Technology, Inc. and ATEN International Co., Ltd. (collectively "ATEN"), and for good cause shown, the time in which ATEN may answer, move, or otherwise respond to Tridia's Complaint is hereby extended to and including January 30, 2015.

SO ORDERED this _____ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE