**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>      *Plaintiff*,<br><br>v.<br><br>ATEN TECHNOLOGY, INC. and<br>ATEN INTERNATIONAL CO., LTD.,<br><br>      *Defendants*. | CIVIL ACTION NO.<br><br>1:14-CV-3608-SCJ |

**SECOND JOINT STIPULATION EXTENDING TIME TO ANSWER
PLAINTIFF TRIDIA CORPORATION'S COMPLAINT**

NOW COMES Plaintiff Tridia Corporation ("Tridia") and Defendants ATEN Technology, Inc. and ATEN International Co., Ltd. (collectively "ATEN"), parties in the above-styled action, and hereby stipulate and agree that the deadline for ATEN to answer, move, or otherwise respond to Tridia's Complaint is extended until February 13, 2015.  Tridia and ATEN seek this extension for the purpose of effectuating the parties' agreed-to settlement terms.  Notwithstanding this stipulation, ATEN expressly reserves all objections, including without limitation, insufficient service of process, lack of personal jurisdiction, and/or lack of subject matter jurisdiction.

1

Respectfully submitted this 30th day of January, 2015.

| | |
|---|---|
| */s/ Puja R. Patel* | */s/ Thad C. Kodish* |
| Douglas D. Salyers | Thad C. Kodish |
| Georgia Bar No. 623425 | Georgia Bar No. 427603 |
| Puja R. Patel | FISH & RICHARDSON P.C. |
| Georgia Bar No. 320796 | 1180 Peachtree Street, N.E., |
| TROUTMAN SANDERS LLP | 21st Floor |
| Bank of America Plaza | Atlanta, GA 30309 |
| 600 Peachtree Street NE, Suite 5200 | Ph: 404-892-5005 |
| Atlanta, GA 30308-2216 | Fax: 404-892-5002 |
| Tel: 404.885.3208 | tkodish@fr.com |
| Fax: 404.885.3900 | |
| doug.salyers@troutmansanders.com | **ATTORNEYS FOR DEFENDANTS** |
| puja.patel@troutmansanders.com | **ATEN TECHNOLOGY, INC.** |
| | **AND ATEN INTERNATIONAL** |
| **ATTORNEYS FOR PLAINTIFF** | **CO., LTD.** |
| **TRIDIA CORPORATION** | |

## CERTIFICATE OF COMPLIANCE

I certify that this pleading was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

*/s/ Thad C. Modish*

2