# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>      *Plaintiff*,<br><br>v.<br><br>ATEN TECHNOLOGY, INC. and<br>ATEN INTERNATIONAL CO., LTD.,<br><br>      *Defendants*. | CIVIL ACTION NO.<br><br>1:14-CV-3608-SCJ |

## [PROPOSED] ORDER

Pursuant to the Second Joint Stipulation Extending Time to Answer filed by Plaintiff Tridia Corporation ("Tridia") and Defendants ATEN Technology, Inc. and ATEN International Co., Ltd. (collectively "ATEN"), and for good cause shown, the time in which ATEN may answer, move, or otherwise respond to Tridia's Complaint is hereby extended to and including February 13, 2015.

SO ORDERED this _____ day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE